Exhibit B

# Privacy Policy

Last Updated: 17 July 2025

We care about our customers and know that your privacy is important to you. This Privacy Policy is our way of explaining how we collect personal information, why we need it, and how we use it.

## Table of Contents

- [Scope of this Policy](#)
- [Personal Information We Collect](#)
- [How We Use Personal Information](#)
- [How We Disclose Personal Information](#)
- [Blogs, Reviews, and Forums](#)
- [Social Media Plugins](#)
- [Job Applicants](#)
- [Investors](#)
- [Suppliers](#)
- [Our Security Measures](#)
- [Data Retention](#)
- [Children's Privacy](#)
- [California Minors](#)
- [Your Privacy Rights and Choices](#)
- [Information for Visitors from Outside of the United States](#)
- [Changes to this Privacy Policy](#)
- [Contact Us](#)

## Scope of this Policy

This Privacy Policy applies to your use of our websites (the "Sites") and our mobile applications (the "Apps" together with the Sites, the "Services") operated by Wayfair LLC and Wayfair Stores Limited, including our brands Wayfair, Joss & Main, AllModern, Birch Lane, and Perigold ("Wayfair", "we," or "us").

### Sidebar

- **Privacy Policy**
- Your Privacy Rights and Choices
- Cookie Policy
- Terms of Use
- Birch Lane's Copyright Policy
- Written Copyright Claim and Counter Notification Instructions
- Wayfair Professional Program Terms
- Home Services
- Bonus Credits
- Wayfair Rewards Program Terms
- Birch Lane Gift Card Terms and Conditions
- Birch Lane Promotional Code Terms and Conditions



This Privacy Policy also applies to the personal information you provide to us through other interactions and correspondence. This could be, for example, when you share your information with our service representatives (e.g. a customer service agent, design professional, or an installation or assembly pro), through any of our marketing programs, or send us a letter, email, or chat.

## Personal Information We Collect

**Information you provide to us:**

- **Your contact details and account data** if you establish an online account with us (such as your name, email address, mailing address, phone number, and password).

- **Additional profile information** you may choose to provide (such as date of birth, gender, location, and preferred language). We may also ask you to provide additional information to identify yourself such as a government issued ID number if you do not have an account with us (e.g. when making or returning purchases at our brick-and-mortar stores in the United States).

- **Your payment information** if you make a purchase via the Services. We use third-party payment processors, such as Stripe, to process your payments. These third parties will collect the information necessary to effectuate your transaction with us, such as credit/debit card number, security/CVV code, and expiration date. Our payment processors may handle your payment information in accordance with their own privacy policies. Wayfair does not have access to your full payment information.

- **Tax-related information,** such as your Social Security number or your entity identification number or your VAT registration number (or similar), if you (i) participate in our product review program or (ii) are a B2B customer. We will use this information to prepare your Form 1099 and other tax-related documentation related to the product review program, verify your business if you are a B2B customer, and to provide B2B customers with tax compliant invoices.

- **Your financing information** if you apply for financing solutions, such as our co-branded credit card or installment payment offering. As part of your application, we may collect information such as Social Security number, date of birth, and income. Our financing

solutions are offered by third-party providers, such as Citibank. Your personal information will be used by these financing providers in accordance with their own privacy policies.

- **Your communications and contact history with us** (such as emails, text messages, service call recordings, chat and instant messages, or communications with our social media channels).

- **Other information you choose to provide** (such as product reviews, forum posts, survey responses, participation in promotions, and other user-generated content, including, but not limited to, images you upload).

Where applicable, we may indicate whether and why you must provide us with your personal information, as well as the consequences of failing to do so. For example, it may be necessary for you to disclose certain personal information in order for us to provide the Services to you.

**Subject to our Cookie Policy, we may automatically collect Information from your use of the Services:**

- **Purchase history and saved items** (such as what you bought, what you've placed in or removed from your cart, or what items you've saved).

- **Log data and device information** (such as details about how you've used the Services, IP address, access dates and times, hardware and software information, device information, device event information, unique identifiers, crash data, cookie data, location data, and page/product views or clicks).

- **Geo-location information** (such as IP address, browser information, or mobile GPS information).

We use cookies and similar technologies (such as web beacons and local storage technologies) to collect such data. Please see our Cookie Policy for more information.

**Information we may collect from third parties,** including third party services (for example if you link, connect, or login to the Services with your Google, Facebook, Instagram, or Twitter accounts or choose to participate in one of our marketing programs) or other sources (such as your contacts who want to invite you to use the Services or brands we partner with):

- **Contact details** (such as your name, email address,

mailing address, and phone number).

- **Social media profile information** publicly available on your social media account (such as your Twitter or Instagram handle, profile description, posts tagging @wayfair etc.).

## How We Use Personal Information

We use personal information for the following purposes or as otherwise described at the time of collection:

**Providing and supporting our Services.** We use personal information to operate, maintain, and provide you with our Services. In particular, we will use personal information to perform our contractual obligation under our terms of use, such as to allow you to create an account and make purchases via the Services, facilitate financing solutions, and for us to take payment, deliver your purchases, and process returns.

**Communicate with you about our Services.** It is in our legitimate business interests to use personal information to respond to your requests, provide customer support, and communicate with you about our Services, including by sending announcements, updates, security alerts, and support and administrative messages, and to administer surveys, sweepstakes, and contests.

**Improve, monitor, personalize, and protect our Services.** It is in our legitimate business interests to improve and keep our Services safe for our users, which includes:

- Understanding your needs and interests, and personalizing your experience with the Services and our communications.

- Troubleshooting, testing, and research, and keeping the Services secure.

- Investigating and protecting against fraudulent, harmful, unauthorized, or illegal activity.

**Research and development.** We may use personal information for research and development purposes in our legitimate business interests, including to analyze and improve the Services and our business, and to train our staff. As part of these activities, we may create or use aggregated, de-identified or other anonymized data from personal information we collect. We make personal information into anonymized data by removing information that makes the

data personally identifiable to you. We may use this anonymized data and disclose it to third parties for our lawful business purposes, including to analyze and improve the Services and promote our business.

**Marketing and advertising.** We, our service providers, and our third-party advertising partners may collect and use personal information, including, subject to our Cookie Policy, information we may automatically collect from your use of the Services, for the following marketing and advertising purposes:

- **Direct marketing.** We may send you direct marketing communications, by email or otherwise, as permitted by law. See Your Privacy Rights and Choices below for information on how to stop receiving direct marketing communications.

- **Interest-based advertising.** We engage our advertising partners, including third party advertising companies (such as Google) and social media companies, to display ads around the web. These companies may use cookies and similar technologies to collect information (including, subject to our Cookie Policy, the automatically-collected data described above) about your interactions over time across our Services, our communications, and other online services, and use that information to serve online ads that they think will interest you. This is called interest-based advertising. For more information, please visit our Cookie Policy.

Except where consent is required, we undertake such marketing and advertising on the basis of our legitimate business interests. Where we seek your consent, you may withdraw your consent at any time.

We do not engage in profiling in furtherance of decisions that produce legal or similarly significant effects concerning consumers, as defined in the Colorado Privacy Act.

**Compliance and protection.** We may use personal information in our legitimate business interests to enforce and comply with our terms and policies, and to defend us against legal claims or disputes including:

- Protecting our, your or others' rights, privacy, safety, or property (including by making and defending legal claims).

- Auditing our internal processes for compliance with legal

and contractual requirements and internal policies.

- Enforcing the terms and conditions that govern the Services.

- Preventing, identifying, investigating, and deterring fraudulent, harmful, unauthorized, unethical or illegal activity, including cyberattacks and identity theft.

Some processing may also be necessary to comply with applicable laws, lawful requests and legal process, such as to respond to subpoenas or requests from government authorities, and other legal obligations such as to keep records of transactions.

### How We Disclose Personal Information

We disclose personal information to the following categories of recipients:

- Within Wayfair.

- Companies and individuals that help us deliver our products to you, such as suppliers, payment service providers, logistics professionals, gift card suppliers, repair and assembly providers, and delivery and freight companies.

- Professional service providers who help us run our business and provide support services to us, such as marketing companies, including email providers and mobile marketing providers, software vendors, and consultants.

- Advertising partners, including for the interest-based advertising purposes described above.

- Financing providers. By choosing to apply for a financing solution offered by a third-party financing provider, such as Citibank, you direct us to disclose certain personal information to that provider to facilitate your application. Your personal information will be used by that provider in accordance with their own privacy policy.

- Government and law enforcement agencies and private parties, as we believe in good faith to be necessary and appropriate to (i) comply with a legal process, subpoena, order, or other legal or regulatory requirement; (ii) enforce our terms of use or other policies; (iii) pursue available legal remedies or defend legal claims; or (iv) otherwise for the compliance and protection purposes described above.

- Acquirers and other relevant participants in business transactions (or negotiations for such transactions) involving a corporate divestiture, merger, consolidation, acquisition, reorganization, sale or other disposition of all or any portion of the business or assets of, or equity interests in, Wayfair (including, in connection with a bankruptcy or similar proceedings).

We may anonymize your personal information and disclose such anonymized information to third parties for any purpose permitted by applicable laws.

**Blogs, Reviews, and Forums**

The Services may from time to time offer publicly-accessible blogs, reviews, or forums. Any information you provide in these spaces may be read, collected, and used by others who access them. To request removal of your information from blogs, customer reviews, or forums, please see Your Privacy Rights and Choices below. Please note that in some cases we may be unable to remove your information.

**Social Media Plugins**

The Sites and the Apps use social plugins, which allow you to interact with us through your Facebook, Instagram, Twitter, and other social media accounts. If you visit a page on our Sites or Apps that contains such a plugin, your browser establishes a direct connection to that social media site's webservers. The content of the plugin is transmitted by the social media site directly to your browser and incorporated by the social media site into the Sites or Apps. By integrating the plugins, the social media site receives the information that your browser has accessed on the corresponding page of our Sites or Apps, even if you do not have an account or are currently not logged in to your account with us. We have no control over the extent and use of information that the social media site collects using this plugin.

If you interact with a social media plugin by, for example, clicking a "Like" button or leaving a comment, the corresponding information is also transmitted directly to the social media server and stored there. Depending on your settings, the information will also be posted on the social media site and displayed to your contacts or friends on the social media site. The social media site may use this information for the purpose of advertising, market research, and tailor-made pages.

To understand what information social media sites collect when you interact with their plug-ins, please review their

privacy policies. You may also have the option to change your settings in the social media site to prevent the collection of your information.

**Job Applicants**

When you visit the careers portion of our website, our Candidate Privacy Policy applies.

**Investors**

You may provide information to us when visiting the investors page of our website, such as your name and contact information. We use this information to communicate with you and respond to your requests. We may also use and disclose this information to provide improved administration of the website, and as otherwise necessary: (a) to comply with relevant laws or to respond to subpoenas or warrants served on us; (b) to protect and defend the rights or property of us or others; (c) in connection with a legal investigation; and/or (d) to investigate or assist in preventing any violation or potential violation of the law, this Privacy Policy, or our terms of use.

**Suppliers**

It is in our legitimate business interest to collect and process personal information from suppliers to support business operations and enhance our supplier experience. We may also collect and process personal information to comply with legal requirements. Types of personal information we collect, in addition to personal data described above under "Personal Information We Collect" include:

- **Point of Contact Details:** Your designated point of contact's name, email address, phone number, job title or level to manage the supplier relationship and enable business development.

- **Legal and Compliance Information:** Certain personal information collected to meet legal and regulatory requirements. For example, we may collect details about your place of establishment, bank account, and an authorized representative's date of birth and address information for identity and business verification and compliance purposes.

- **Account and Business Information:** Information you provide in your Partner Home account or any other account we make available to facilitate the sale, supply, offering, or return of goods, services, or solutions to Wayfair customers.

As a Wayfair supplier, you can manage your information and access your account through Partner Home. To exercise your privacy rights that you may have under applicable law, please see Your Privacy Rights and Choices below.

## Our Security Measures

We use appropriate technical and organizational safeguards designed to protect your information from unauthorized use, disclosure, and loss. We use encryption technology, including current industry-standard encryption protocols, to protect personal information in certain areas of our Sites during transmission across the Internet. We use PCI-compliant payment service providers. If you have questions about the security of your information, please contact us here.

We encourage you to take reasonable measures to protect your password and your computer to prevent unauthorized access to your account. Remember to sign out of your account and close your browser window if you are using a shared computer in a public place.

## Data Retention

We will keep your information for as long as you have an account or as long as we need it to fulfill the purpose for which it was collected or disclosed to you at the time of collection. We may also keep some of your information as required to meet legal or regulatory requirements, resolve disputes, prevent fraud or abuse, enforce our terms of use, or for other legitimate business purposes.

When we no longer have a need to keep your information, we will either delete it from our systems or anonymize it so that it no longer identifies you.

## Children's Privacy

The Service is not directed to children, and we do not knowingly collect information from children under 16. If you are a parent or guardian and believe that we have information about your child, please contact us as described in the Contact Us section below.

## California Minors

California residents under 18 years of age may have the personal information that they posted on the Sites deleted by sending an email to DataProtectionOfficer@wayfair.com and requesting deletion.

## Your Privacy Rights and Choices

**Modify your account information.** If you have an account, you can review and update certain account information by logging into your account. You may also contact us to request deletion of your account. If we delete your account, you will not be able to access it.

**Opt-out of marketing communications.** You can stop receiving direct marketing messages from us at any time by updating your preferences here or by clicking any "unsubscribe" link in any marketing message you receive from us. It may take up to 48 hours to process your request and update our systems. If you request that we stop sending you marketing messages, we will continue to send you administrative and service communications (such as order updates and other important or transactional information). If you use more than one name or email address when communicating with Wayfair or using the Service, you may continue to receive communications from us to any name or email address not specified in your opt-out request.

**Opt-out of text messages.** You can stop receiving text messages at any time by texting "STOP". After you send "STOP", we may send you an additional text message to confirm that you have been unsubscribed. You will no longer receive text messages from that short code, but you may receive text messages if you are subscribed to other text lists. If at any time you have questions about the text messages, text "HELP". After you send "HELP" we will respond with instructions on how to use our service as well as how to unsubscribe. Message and data rates may apply.

**Online tracking opt-out.** You can opt out of the sale of or processing of your personal information for targeted advertising purposes and limit interest-based advertising as described on our Your Privacy Rights and Choices page.

We also process opt-out preference signals, such as the Global Privacy Control. These signals set your opt-out preferences only for the particular browser or device you are using and for any consumer profile that we associate with that browser or device. For information about how to use the Global Privacy Control, please visit https://globalprivacycontrol.org/.

**Personal information requests.** Depending on your location and the nature of your interactions with our Services, you may request the following in relation to your personal information:

- **Information** about how we have collected, disclosed, and used your personal information. We have made this

information available to you without having to request it by including it in this Privacy Policy.

- **Access** to a copy of the personal information that we have collected about you. Where applicable, we will provide the information in a portable, machine-readable, readily-usable format.

- **Correction** of personal information that is inaccurate or out of date.

- **Deletion** of personal information that we no longer need to provide the Services or for other lawful purposes.

- **Additional rights**, such as to **object** to and request that we **restrict** our use of your personal information, and where applicable, you may **withdraw** your consent.

To exercise the above rights:

- Fill out the Privacy Rights Request Form.

- Visit our "Your Privacy Rights & Choices" page.

- Contact us at DataProtectionOfficer@wayfair.com or at the addresses provided in the Contact Us section below.

Prior to responding to your requests, we may verify your identity by matching any requested identifying information you provide against the information we have about you. Depending on your jurisdiction, you may designate an authorized agent to make a request on your behalf. We will require the authorized agent to have a written authorization confirming that authority.

Wayfair will never discriminate against you for exercising any of these rights, but you may lose access to certain functionality or the ability to interact with certain programs or offers due to changes in the personal information Wayfair has access to after complying with your privacy requests.

**Right to complain.** You may have the right to lodge a complaint with our lead data protection authority in the EU, the Irish Data Protection Commissioner (https://www.dataprotection.ie) or with the data protection authority where you reside. Residents of the UK may choose to make their complaint to the Information Commissioner's Office (https://ico.org.uk).

**Limits on your choices.** In some instances, your choices may be limited, such as where fulfilling your request would impair the rights of others, our ability to provide a service you have

requested, or our ability to comply with our legal obligations and enforce our legal rights. If you are not satisfied with how we address your request, you may file an appeal by contacting us as provided in the Contact Us section below.

## Information for Visitors from Outside of the United States

Wayfair is headquartered in the United States. We may transfer your personal information to our affiliates and service providers in the United States and other jurisdictions. Please note that data protection laws of the United States and other jurisdictions may not be as comprehensive as those laws or regulations in your country or may otherwise differ from the laws in your country.

When we engage in cross-border data transfers, we will ensure that relevant safeguards are in place to afford adequate protection for personal information, and we will comply with applicable data protection laws. For example, where our Service targets individuals in the European Economic Area, Switzerland or the United Kingdom, we may rely on an EU Commission or UK government adequacy decision or on contractual protections for the transfer of personal information. For more information about how we transfer personal information internationally, please contact us as set out in the Contact Us section below.

## Changes to this Privacy Policy

We may change this Privacy Policy from time to time, including to reflect new ways that we process your information. When we post modifications to this Privacy Policy, we will revise the "Last Updated" date at the top of this page. The modified Privacy Policy will be effective immediately upon posting on the Services.

## Contact Us

Wayfair LLC is the entity responsible for your personal information, unless you're a user of our Sites or Apps based in Europe in which case Wayfair Stores Limited is the data controller of your personal information.

Please don't hesitate to contact us at DataProtectionOfficer@wayfair.com, or in writing at:

Attention: Legal Department
Wayfair LLC
4 Copley Place
Boston, MA 02116

or

Attn: Data Protection Officer
Wayfair Stores Limited
Wayfair House
Tuam Road
Galway, Co. Galway
Ireland

If you are based in the UK, you may contact us at:

Attention: Legal Department
Wayfair Stores Limited
Angel House, 338 Goswell Rd, L4
London England EC1V 7LQ

## Be the first to know what's new in the neighborhood!

[Privacy Policy](#)

| Email Address | Submit |

## About Us

- About Us
- Birch Lane Catalog
- Wayfair Professional
- Careers
- Gift Cards
- Free Design Services
- Birch Lane Credit Card
- Birch Lane Financing
- Investor Relations
- Locations

## Customer Service

My Orders

My Account

Return Policy

Birch Lane Accessibility Statement

Help Center

Product Recalls

## Contact Us

Quick Help

 Call Us

**Customer Service**

Closed. Opens at 8:00 AM ET.
Weekly Hours

**Shopping Assistance**

Closed. Opens at 9:00 AM ET.
Weekly Hours



JOSS & MAIN

ALLMODERN

  

**Could not generate your unique web-ID verification code, please refresh or try a different page. If you're using an Ad Blocker or VPN, consider turning it off and trying again.**

Terms of Use

Privacy Policy

Your Privacy Rights & Choices